EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | § | |
|---|---|---|
| Afrem F Ghirmay, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:17cv148 |
| | § | |
| Asphalt Yacht Club, LLC | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF'S MOTION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

**TO THE HONORABLE JUDGE KIMBERLY PRIEST:**

Plaintiff Afrem Ghirmay ("GHIRMAY") files this Pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff hereby give notice that the above-styled action is voluntarily dismissed, without prejudice against the Defendants. GHIRMAY asks the court that the dismissal is to be without costs or restrictions.

Respectfully submitted,

*[signature]*
Afrem F. Ghirmay- Pro Se
349 Oakhurst Drive
Murphy, Texas, 75094
469-878-1381
afrem.ghirmay@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing instrument has been forwarded by first class mail to Shawn Brown and by email to Anthony Phillips, Counsel for Asphalt Yacht Club June 9, 2017, and to Shawn Brown, the CEO of Asphalt Yacht Club.

Shawn Brown
1331 Specialty Drive,
Vista, California, 92081

Anthony Phillips
700 Louisiana Street Suite 2300
Houston, Texas, 7702
aphillips@skv.com

Afrem Ghirmay- Pro Se
349 Oakhurst Drive
Murphy, TX, 75094
afrem.ghirmay@gmail.com